**William L. CRAWFORD, Plaintiff—Appellant,**

v.

Gary **MAYNARD**, Director, South Carolina Department of Corrections; William D. Catoe, Former Director, South Carolina Department of Corrections; Thomas Byrne, Doctor, Allendale Correctional Institution; Steven Mires; Steven Rawls, LPN; Nurse Green; L. Terry, Corporal, Correctional Officer; Classification Worker Miller; Geraldine Miro, Warden; Cindy Sanders, LPN; Pravin R. Patel, MD, Allendale Correctional Institution; Barbara Skeen, Director, Division of Professional Standards; Willie Eagleton, Warden, Evans Correctional Institution; Scott Johnson, Inmate Grievance Coordinator; Janice Phillips, Medical Grievance Administrator; Gail Fricks; B.J. Hicks, Medical Technician, Evans Correctional Institution; Jane Rainwater, Transporta-

tion Officer; Jane Doe 1, Nurse, Evans Correctional Institution on 11/3/00; Jane Doe # 2, Nurse, Evans Correctional Institution on 11/3/00; Medical Staff, Evans Correctional Institution, Infirmary on 11–27–00; Donna Davis, Medical Records Technician, Evans Correctional Institution; Richard Foster, Headquarters Grievance Officer; Correctional Medical Systems, formerly known as Health Care Services Corporation, d/b/a J. Glenn Alewine MD; David Tatarsky, Deputy General Counsel; Carol W. Burnette, MD, Perry Correctional Institution; Dotie Adams, Nurse, Perry Correctional Institution; Jane Doe # 3, Medical Staff on 8–31–01, 11:30 am; John Doe # 3, Medical Staff on 8–31–01, 11:30 am, Defendants—Appellees.

No. 04–6455.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 27, 2004.

Decided Sept. 29, 2004.

William L. Crawford, Appellant pro se.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William L. Crawford appeals the district court's order accepting the recommenda-

tion of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. "No action shall be brought with respect to prison conditions … by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a) (2000). We find no abuse of discretion in the district court's dismissal of the complaint without prejudice to allow Crawford an opportunity to exhaust his administrative remedies, as required by § 1997e(a). Accordingly, we affirm the district court's order. We deny Crawford's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*